IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA                                                                                    PLAINTIFF

V.                                               CIVIL ACTION NO.: 3:16CV00080-DMB-SAA

JIMMY DALLAN NELMS; JIMMY MITCHELL;
JOSEPH MCNAIR; DANNY PETERS; AND
JOHN DOES 1-10                                                                                          DEFENDANTS

RESPONSE TO MOTION FOR DEFAULT JUDGMENT

COMES NOW, defendant, Jimmy Mitchell, by and through counsel, and files this his Response to Plaintiff Travelers' Motion for Default Judgment [dkt 20].

1. Travelers filed its complaint against Jimmy Dallan Nelms, Jimmy Mitchell, Joseph McNair and Danny Peters. This defendant and co-defendant Joseph McNair timely answered the complaint. Defendants Nelms and Peters failed to respond and Travelers now seeks a default judgment against those defendants.

2. In its complaint, Travelers demanded judgment against the defendants, jointly and severally.

3. When joint and several liability is at issue, default judgment against some, but not all, defendants is not appropriate. Such a judgment raises the possibility of inconsistent judgments among similarly situated defendants.

WHEREFORE PREMISES CONSIDERED, this defendant prays that this court will deny Travelers' motion for default judgment.

This the 6th day of May, 2016.

Respectfully submitted,

JIMMY MITCHELL - Defendant

By: /s/ Lanny R. Pace
LANNY R. PACE, MSB #9996
Attorney for Defendant

OF COUNSEL:

Lanny R. Pace
Ms Bar No. 9996
STEEN DALEHITE & PACE, LLP
P. O. Box 900
Suite 415 Heritage Building
401 East Capitol Street
Jackson, MS 39205-0900
Telephone:  601/969-7054
Facsimile:   601/353-3782

CERTIFICATE OF SERVICE

I, Lanny R. Pace, hereby certify that I have this day sent via the Court's ECF filing system, a true and correct copy of the foregoing instrument to the following counsel of record:

J. Wade Sweat
Alec M. Taylor
Krebs Farley, PLLC
One Jackson Place, Suite 900
188 East Capitol Street
Jackson, MS 39201
Counsel for Plaintiff

John R. White
Attorney at Law, LLC
123 South Fulton Street
Iuka, MS 38852
Counsel for Defendant Joseph McNair

This the 6th day of May, 2016.

/s/ Lanny R. Pace
LANNY R. PACE